UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

**ENTERED**
SEP 23 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 3:15-00145-4

KALEIGH HORN

O R D E R

Upon consideration of the United States Motion to Unseal, it is hereby

**ORDERED** that the Indictment in this case be unsealed.

ENTER:  September 23, 2015

HONORABLE CHERYL A. EIFERT
UNITED STATES MAGISTRATE JUDGE